**FILED**

UNITED STATES COURT OF APPEALS

JUN 16 2010

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOSE JIMENEZ, on behalf of himself and all others similarly situated,<br><br>Plaintiff - Respondent,<br><br>v.<br><br>SEARS ROEBUCK AND CO., a New York corporation,<br><br>Defendant - Petitioner. | No. 10-80070<br><br>D.C. No. 2:10-cv-01383-PA<br>Central District of California,<br>Los Angeles<br><br>ORDER |



Before: LEAVY and N.R. SMITH, Circuit Judges.

The petition for permission to appeal pursuant to 28 U.S.C. § 1453(c) is denied.

AM/MOATT